1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| THOMAS CLINTON, ) | Case No. CV 08-4181-DOC(OP) |
| ) | |
| ) | ORDER ACCEPTING FINDINGS, |
| Plaintiff, ) | CONCLUSIONS, AND |
| v. ) | RECOMMENDATIONS OF |
| ) | UNITED STATES MAGISTRATE |
| ) | JUDGE |
| ) | |
| R. DE LA CRUZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

18 Complaint, all the records and files herein, and the Report and Recommendation

19 of the United States Magistrate Judge, and Plaintiff's Objections thereto. The

20 Court accepts the findings, conclusions, and recommendations of the Magistrate

21 Judge,

22 / / /

23 / / /

24 / / /

25

26

27

28

1    IT IS HEREBY ORDERED that:  (1) accepting this Report and

2  Recommendation; (2) denying Defendant De La Cruz's Motion to Dismiss the

3  TAC pursuant to Rule 12(b)(6); and (3) ordering Defendant De La Cruz to file an

4  Answer to Plaintiff's Eighth Amendment failure to protect claim within thirty days

5  of the entry of the order accepting this Report and Recommendation.

6

7  DATED: April 11, 2012

_____
HONORABLE DAVID O. CARTER
United States District Judge

8

9

10

   Prepared by:

11

12

13  HONORABLE OSWALD PARADA
   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                2