O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, ) | Case No. CV 08-4181-DOC (OP) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| JAMES TILTON, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

1  IT IS THEREFORE ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; (2) granting Defendant De La Cruz's Motion for Summary Judgment; and (3) dismissing the Third Amended Complaint with prejudice.

DATED: June 24, 2014

HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge